```
PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBN 42906
Special Assistant United States Attorney
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (206) 615-2662
        E-Mail: Edmund.Darcher@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANTHONY MARAVILLAS,<br><br>            Plaintiff,<br><br>       vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 2:23-cv-00782-CKD<br><br>UNOPPOSED MOTION TO STRIKE THE PREVIOUSLY FILED CERTIFIED ADMINISTRATIVE RECORD AND DESTROY COPIES; ORDER |

Defendant moves this Court for an order striking the previously filed certified administrative record at ECF Docket No. 10 and destroying all copies. Plaintiff's counsel was contacted and has no objection to this motion.

This motion is necessary and there is good cause to grant Defendant's request. On August 2, 2023, Defendant's undersigned attorney was assigned to this case. ECF No. 12. On August 3, 2023, he learned that the filed certified administrative record located at ECF Docket No. 10 contains medical records belonging to a different individual than Plaintiff. The undersigned immediately informed office supervisors and other agency personnel of the matter, and requested an expedited preparation of a corrected copy of the certified administrative record that obscured the pages pertaining to the other individual. The medical records pertaining to the

1  other individual, at pages 72 through 74 of ECF No. 10, include that individual's personally
2  identifiable information (i.e., name and date of birth).  On August 3, 2023, a corrected certified
3  administrative record was filed.  ECF No. 13.
4        Because the previously filed certified administrative record in this case (ECF No. 10)
5  pertained to a different individual than Plaintiff and included that individual's personal
6  information, that record should be stricken, and all electronic and other forms of copies should
7  be destroyed.  Accordingly, the Court should grant Defendant's unopposed motion.

                                              Respectfully submitted,

Dated: Aug. 4, 2023                  PHILLIP A. TALBERT
                                              United States Attorney
                                              MATHEW W. PILE
                                              Associate General Counsel
                                              Social Security Administration

                               By:     /s/  Edmund Darcher
                                              EDMUND DARCHER
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant

**ORDER**

Based upon Defendant's Unopposed Motion to Strike the Previously Filed Certified Administrative Record and Destroy Copies, and for cause shown, **IT IS ORDERED** that:

1. The motion to strike (ECF No. 14) is GRANTED; and
2. The certified administrative record at ECF Docket No. 10 shall be struck from the record and the parties shall destroy all copies.

Dated: August 8, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE